JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAMS ONE ELEVEN, LLC, | Case No. 5:17-cv-01051-JLS-FFM |
| Plaintiff, | ORDER STAYING ACTION PENDING FINAL SETTLEMENT, REMOVING CASE FROM ACTIVE CASELOAD, AND FILING OF DISMISSAL |
| v. | |
| KOHL'S DEPARTMENT STORES, INC. | |
| Defendant(s). | |

On August 29, 2018, Defendant filed a Joint Notice of Settlement (doc. 45), indicating that the case has been resolved. Based thereon, the Court hereby orders all proceedings in the case stayed pending final settlement.

It is further ordered that this action is removed from the Court's active caseload, subject to the right upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

///

///

|     |
| --- |
| 1   The parties shall file a Stipulation of Dismissal no later than
2   October 30, 2018. If no dismissal is filed, the Court deems the
3   matter dismissed at that time.
4       The Court retains full jurisdiction over this action and this
5   order shall not prejudice any party in the action.

IT IS SO ORDERED.


    DATED: August 30, 2018

                                    JOSEPHINE L. STATON
                                    _____
                                    HONORABLE JOSEPHINE L. STATON
                                    UNITED STATES DISTRICT JUDGE